# United States District Court
## CENTRAL DISTRICT OF ILLINOIS



FILED
JUN - 9 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Walter D. Santoro,

Plaintiff

vs.

Sheriff Clinton J. Perzee;
Medical Correctional Officer (MCO)
Claudio Garcia; Correctional
Officer Johnson; Correctional
Officer Pulley; And N.P. Megan
Erikka.

Defendant(s)

Case No. _____
(*The case number will be assigned by the clerk*)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

## I. FEDERAL JURISDICTION

---

**Please refer to the instructions when filling out this complaint.** *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Walter D. Santoro

Prison Identification Number: 521384

Current address: 3050 S. Justice Way
Kankakee, IL 60901

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Clinton J. Perzee

Current Job Title: Sheriff of Iroquois County

Current Work Address: 550 South 10th Street, P.O. Box 67
Watseka, IL 60970

Defendant #2:

Full Name: Claudio Garcia

Current Job Title: Medical Correctional officer

Current Work Address: 550 South 10th Street, P.O. Box 67
Watseka, IL 60970

Defendant #3:

Full Name: Johnson

Current Job Title: Correctional officer (C/O)

Current Work Address 550 South 10th Street, P.O. Box 67 Watseka, IL 60970

Defendant #4:

Full Name: Pulley

Current Job Title: Correctional Officer

Current Work Address 550 South 10th Street, P.O. Box 67 Watseka, IL 60970

Defendant #5:

Full Name: Megan Erikka

Current Job Title: Nurse Practitioner

Current Work Address Pontiac Correctional Center, 700 W. Lincoln St, Pontiac, IL 61764

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   N/A

2. Basic claim made   N/A

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)   N/A

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Iroquois County Jail (ICJ)

4

Date(s) of the occurrence <u>from July 26th throughout Apprx September 5th, 2022</u>

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

At all relevant times, I, Walter D. Santoro, Herein "Plaintiff" was a Pre-trial Detainee, at the Iroquois County Jail from July 26th, 2022 up until December 9th, 2022 when I was transferred to the Jerome Combs Detention Center. All named Defendants on this complaint, were employed at the Iroquois County Jail (ICJ). Defendant Perzee, is the current Sheriff for Iroquois County; defendants Garcia and Johnson are Correctional officers (C/O's) in the facility; defendant Pulley is also a Correctional Officer; And Defendant Erikka was formally employed at ICJ, but then transferred to the Pontiac Correctional Center in IDOC.

Claim #1). Since my arrival at ICJ, I was NOT provided with any of my medications, I was diagnosed with Schizophrenic bipolar disorder in 2007 at the Stateville Correctional Center. On or around August 2nd, 2022 about a week into confinement, I spoke to and made several attempts to obtain my medications from defendants MC/O Claudio Garcia "Known as the Medical Correctional Officer" (MC/O) And "Nurse Practitioner" (N.P) Megan Erikka, due to the fact that I could not sleep. Nonetheless, N.P. Erikka ignored my requests for medical care and to see a licensed psychiatrist, she failed to attend to my serious medical needs. Defendants MC/O Garcia, c/o Johnson, and c/o Pulley, would often see me pacing inside my cell during daytime and night time hours during their cat walks. I would beg these defendants for help to no avail, MC/O Garcia would ask if I was "OK", I would tell him that I was "NOT OK" and that I could not get any sleep and that when

5

I would, it was only for 25 minutes at a time. Often times defendants Garcia, Johnson, and Pulley would state "we will see what we can do", still nothing was being done. I then started to lose my mind due to the lack of sleep and not having my medication, I started having real bad anxiety, PTSD, headaches, and started stressing until I became agitated and started kicking my cell door and yell for help in order to seek medical attention and help, but none was given and my pleas for help went unheard and into deaf ears. Defendants were deliberately indifferent to my medical needs.

Claim #2). Thereafter, I started writting and submitting grievances to defendant Sheriff Clinton J. Perzee, to let him know of my situation and that I was being ignored by his correctional staff, and to seek his help in order to receive my medication, but my pleas to defendant Perzee fell into deaf ears and went unheard. Once again I was ignored by a high ranking official, and defendant Perzee failed to adequately address my issues overall. Defendant Perzee was deliberately indifferent to my medical needs. Approximately on the second week after my arrival at ICJ, I had notified both defendants MC/O Garcia and C/O Johnson about my medications. Both defendants were aware and knew I needed my medication, but nothing was done for 35 days upon my arrival at ICJ. It's worth noting that MC/O Garcia is in charge of placing in orders for medication, and also sends e-mails to N.P. Erikka regarding med orders, etc. C/O Johnson normally runs the operations of the facilty. C/O Pulley would mostly work midnight shifts and would always turn a blind eye to my well being, and my pleas to him will also fall into deaf ears.

Claim #3). Furthermore, on or about July 26-28th, 2022, my personal white i-Phone Pro Max 13, was stored in my personal property locker along with my clothes. Defendant C/O Johnson took it upon himself to release my i-Phone to Illinois State Police (ISP) officers without presenting me with a signed warrant or my consent, violating my fourth Amendment right to the U.S.

6

Constitution. WHEREFORE, for all of the stated reasons contained in this 1983 complaint, I hold all named defendants responsible and liable for violating my Civil Rights under the fourteenth (14th) Amendment to the United States Constitution.

All defendants were deliberately indifferent to my serious medical needs and failed to provide me with Adequate medical Care, C/o Johnson also violated my fourth (4th) Amendment, by releasing my i-phone to the ISP, without any legal basis, authority, a signed search warrant, and my Consent.

Not also was I denied medical care by defendants, but I was also denied to see and talk to a licensed psychiatrist when I requested to see one. As a result, I was deprived of sleep, suffered from Anxiety, stress, Insomnia, Hallucinations in my cell due to the lack of my Medication. I felt and was tortured, I also have PTSD and suffer from Mental Anguish.

I was physically and mentally injured.

All Defendants acted under the scope of state law, and are being respectively sued in their individual capacities.

## RELIEF REQUESTED

(State what relief you want from the court.)

I respectfully request to seek and proceed with compensatory

7

damages in the amount of ($200,000.00) against each named defendant, and the amount of ($80,000.00) in punitive damages against each named individual defendant, totaling ($1,400,000.00) "$1.4 million" in damages. I also seek coverage in court costs, and attorney fees, and anything the court deems proper and equitable.

JURY DEMAND   Yes ☑   No ☐

Signed this __08th__ day of __June__, 20__23__.

_Walter Santoro_
(Signature of Plaintiff)

| Name of Plaintiff: Walter D. Santoro | Inmate Identification Number: 521384 |
|---|---|
| Address: Jerome Combs Detention Center 3050 Justice Way Kankakee, IL 60901 | Telephone Number: N/A |

8

INDEX

C/O: Clerk,

Attached and enclosed please find the original 1983 complaint form packet along with (6) additional copies, (5) for the defendants and (1) copy that I would like to be returned after this complaint is stamped and filed for my records.

Also find the in forma pauperis (short form) along with a copy of my commissary transactions print out.

*Please return a copy of the complaint once it is stamped and filed for records keeping*

x Walter Santoro
Walter D. Santoro
Signed this 08th day of June, 2023

CERTIFICATE OF SERVICE

I, Walter D. Santoro, swear under penalty of perjury that I have submitted the enclosed 1983 form packet along with (6) additional copies, with the in forma pauperis (short form), and print out of my commissary transactions. I have handed the enclosed documents to jail officials, namely correctional officer c/o: O'neal, to be dropped off to the mail office, on this 08th day of June, 2023

x Walter Santoro

Walter D. Santoro, ID# 521384
Jerome Combs Detention Center
3050 Justice Way
Kankakee, IL 60901



Office of the Clerk for
United States District Court
Central District of Illinois
Urbana Division
201 S. Vine Street, Room 218
Urbana, IL 61802-3348

Important
(Legal Mail)