2:23-cv-02128-MMM     # 28     Filed: 08/27/24     Page 1 of 1                    E-FILED
Judgment in a Civil Case (02/11)                                                  Tuesday, 27 August, 2024 02:54:27 PM
                                                                                  Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
для the
Central District of Illinois

| | |
|---|---|
| Walter Santoro, | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 23-2128 |
| Clinton Perzee, Glaudio Garcia, Shon Johnson, Matthew Pulley and Megan Rich | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Walter Santoro's action against Defendants Clinton Perzee, Claudio Garcia, Shon Johnson, Matthew Pulley and Megan Rich is dismissed with prejudice; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:**   8/27/2024

                                                                s/ Shig Yasunaga
                                                                Shig Yasunaga
                                                                Clerk, U.S. District Court


                                                                MMM